**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| ERIE INSURANCE COMPANY a/s/o<br>KEVIN KNARR, | * | |
| | * | |
|     Plaintiff, | | |
| | * | |
| v. | | Civil Action No.: EA-22-1783 |
| | * | |
| WAWGD, INC. d/b/a FORESIGHT<br>SPORTS, | * | |
| | | |
|     Defendant. | * | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that:

1.  Plaintiff's Motion to Enforce Settlement (ECF No. 49) is GRANTED;

2.  Judgment in the amount of $240,000 is GRANTED in favor of Plaintiff and against

    Defendant; and

3.  The Clerk is directed to close this case.


Date:  April 29, 2024                                  _____/s/_____
                                                       Erin Aslan
                                                       United States Magistrate Judge